## Loss Calculations Per Unit

| Closing Date | Unit | Borrower Name | Lender | Sale Price | Loan Amount | Judgment Amount | 3rd Party sale/fmv | Loss |
|---|---|---|---|---|---|---|---|---|
| 1/26/2008 | 225 | Press, David | Chase | $ 769,000.00 | $ 576,750.00 | $ 576,750.00 | $ 215,300.00 | $ 361,450.00 |
| 1/31/2008 | 327 | Brusic, Henry | Chase | $ 895,000.00 | $ 600,000.00 | $ 600,000.00 | $ 315,000.00 | $ 285,000.00 |
| 8/2/2008 | 424 | Beach Condo/Scho | Orion | $ 2,595,000.00 | $ 1,816,500.00 | $ 1,816,500.00 | $ 620,000.00 | $ 1,196,500.00 |
| 2/5/2009 | VS4 | 206/314/407/414; Vero Strategic/ McKenzie | Orion | $ 3,735,000.00 | $ 2,801,250.00 | $ 2,792,902.00 | $ 1,045,000.00 | $ 1,747,902.00 |
| 4/7/2009 | 104 | 104 Vero LLC/McKe | Oculina | $ 875,000.00 | $ 450,000.00 | $ 448,301.00 | $ 210,000.00 | $ 238,301.00 |
| | | Totals | | | | $ 6,234,453.00 | $ 2,405,300.00 | $ 3,829,153.00 |

EXHIBIT 1