| Unit | Year | Amount | Bank |
|---|---|---|---|
| 206 | 2010 | $ 26,278.11 | Iberia |
| 104 | 2010 | $ 5,888.34 | Oculina |
| 314 | 2010 | $ 117.39 | Iberia |
| 407 | 2010 | $ 411.08 | Iberia |
| 414 | 2010 | $ 129.50 | Iberia |
| 104 | 2011 | $ 2,795.93 | Oculina |
| 206/407/414/314 | 2011 | $ 101,522.89 | Iberia |
| 314 | 2012 | $ 10,362.46 | Iberia |
| 206 | 2012 | $ 19,281.19 | Iberia |
| 206/314/407/414 | 2012 | $ 68,925.68 | Iberia |
| 407 | 2012 | $ 5,633.08 | Iberia |
| 424 A | 2012 | $ 14,271.37 | Iberia/OPV Management |
| 424 B | 2012 | $ 2,704.70 | Iberia |
| 314 | 2013 | $ 11,124.36 | Iberia |
| 206 | 2013 | $ 44,354.20 | Iberia/OPV Management |
| 424 A | 2013 | $ 52,139.18 | Iberia/OPV Management |
| 424 B | 2013 | $ 14,710.18 | Iberia |
| 424 A | 2014 | $ 49,087.96 | Iberia |
| 206 | 2014 | $ 51,956.41 | Iberia |
| 424 B | 2014 | $ 24,210.67 | Iberia |
|  |  | $ 505,904.68 |  |

EXHIBIT 2