UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80146-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC GRANITUR,

    Defendant,

v.

WELLS FARGO BANK, N.A.,

    Garnishee.

_____/

## ANSWER OF GARNISHEE AND DEMAND FOR GARNISHMENT FEE

    COME NOW Garnishee, Wells Fargo Bank, N.A., successor in interest to Wachovia Bank, N.A., by and through its undersigned attorneys, and answers the Writ of Garnishment served herein on it and says:

    1.    At the time of service of said Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ) and at the time of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, Code of Federal Regulations, **if any**, the Garnishee may be indebted to Defendant(s), "Eric Granitur":

    A.    in the amount of $25,063.28 by virtue of an account(s) in the name of "Caroline J Granitur, Eric Granitur"

    B.    in the amount of $5,353.98 by virtue of an account(s) in the name of "Sydney P Granitur, Eric Granitur"

    C.    in the amount of $30,343.37 by virtue of an account(s) in the name of "Amy Granitur, Eric Granitur"

8710420

    D. in the amount of $96.41 by virtue of an account(s) in the name of "Caroline J Granitur, Eric Granitur"

    E. in the amount of $61.82 by virtue of an account(s) in the name of "Sydney P Granitur, Eric Granitur"

    F. by virtue of a Safe Deposit Box in the name of "Eric Granitur"

    G. by virtue of a Safe Deposit Box in the name of "Amy Granitur, Eric Granitur"

    H. by virtue of a Safe Deposit Box in the name of "Adele Sophie Granitur, Eric Granitur, Harold L Granitur" at the following address(es):

535 Greytwig Rd.
Vero Beach, FL 32963-1464

535 Greytwig Road, Suite 5
Vero Beach, FL 32963-0000

2300 Indian Creek Blvd. W. Apt. C319
Vero Beach, FL 32966-2402

and Garnishee in good faith has retained the sum of **$60,918.86 and has placed a "hold" on three (3) Safe Deposit Boxes** in accordance with Chapter 77, and primarily Section 77.06(2) and (3), *Florida Statutes*.

  2. Under Garnishee's Account Agreement with Garnishee's customer, Garnishee has a contractual right of setoff and a security interest in its customer's accounts for Legal Process, including garnishments, and it hereby claims this right as an Affirmative Defense. Specifically, among its other rights, Garnishee is authorized to charge against its customer's account(s) a Legal Process Fee in the amount of $125.00. See *Baxter Healthcare Corp. v. Universal Medical Labs, Inc*., 760 So. 2d 1126 (Fla. App. 5 Dist 2000). Said sum has been taken from an account(s) enumerated in paragraph 1 above, or charged to an account(s), and the amount shown in paragraph 1 reflects the sum held and available for garnishment after setoff.

  3. Except as provided in paragraph 1, the Garnishee has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of service of said Writ and at the time of this Answer, and in between

8710420

said times, and knows of no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

4.     Except as provided in paragraph 1 above, the Garnishee has no obligation to make, and has not made, a factual determination as to whether any property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal law.

5.     The Garnishee has retained the law firm of Marks Gray, P.A. to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by law.

### DESIGNATION OF EMAIL ADDRESSES

Counsel for Garnishee, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, hereby designates the following primary and secondary email addresses for service of court documents: Primary email address: jkent@marksgray.com; Secondary email address: tsing@marksgray.com.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY (1) that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the first name on the attached Service List and (2) that a copy hereof has been furnished to the email or mail address(es) listed on the attached service list by email or mail on February 10, 2020.

MARKS GRAY, P.A.

By /s/ John B. Kent
John B. Kent
Florida Bar No. 042442
P.O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

8710420

SERVICE LIST

Maureen Donlan, Esq.
(maureen.donlan@usdoj.gov)

Benedict P. Kuehne, Esq.
(ben.kuehne@kuehnelaw.com)

8710420